UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CASE NO.: 4:23-cv-4155

DON KOMARECHKA,

        Plaintiff,

v.

CYCLEBAR KATY,

        Defendant,

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff DON KOMARECHKA by and through his undersigned counsel, brings this Complaint against Defendant CYCLEBAR KATY for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff DON KOMARECHKA ("Komarechka") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Komarechka's original copyrighted Work of authorship.

2. Komarechka is a nature, macro and landscape photographer located in Ontario. From auroras to pollen, insects to infrared, much of Komarechka's photographic adventures reveal a deeper understanding of how the universe works. Komarechka teaches workshops on nature and macro photography as well as photographic editing and creative compositions. He has published a book entitled "Sky Crystals: Unraveling the Mysteries of Snowflakes", and one of those images appears on a limited-edition one ounce pure silver $20 coin produced by the Royal Canadian Mint. Komarechka has been featured in an episode of "The Nature of Things

with David Suzuki," worked with the BBC to create the title footage for the documentary series "Forces of Nature," and was credited as macro photographer in the Discovery documentary "Mosquito."

3. Defendant 'CycleBar Katy' ("CycleBar") is a nationwide cycling studio. At all times relevant herein, CycleBar owned and operated the internet website located at the URL 'https://www.cyclebar.com/location/katy' (the "Website").

4. Komarechka alleges that Defendant copied Komarechka's copyrighted Work from the internet in order to advertise, market and promote its business activities. CycleBar Katy committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the CycleBar Katy's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Texas.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, CycleBar Katy engaged in infringement in this district, CycleBar Katy resides in this district, and CycleBar Katy is subject to personal jurisdiction in this district.

## DEFENDANT

9. CycleBar Katy is a Texas corporation, with its principal place of business at 2717 Commercial Center Boulevard, Suite E190, Katy, Texas 77494, and can be served by serving its

Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCOPORATING SERVICE COM, at 211 E 7th Street, Suite 620, Austin, Texas 78701.

## **THE COPYRIGHTED WORK AT ISSUE**

10. In 2009, Komarechka created the photograph entitled "Maple Leaf Flag," which is shown below and referred to herein as the "Work".



11. Komarechka registered the Work with the Register of Copyrights on December 02, 2015, and was assigned registration number VA 1-982-107. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Komarechka's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Komarechka was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY CYCLEBAR KATY

14. CycleBar Katy has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, CycleBar Katy copied the Work.

16. On or about December 29, 2022, Komarechka discovered the unauthorized use of his Work on the Website. CycleBar used the Work on both their Facebook and Instagram pages.

17. CycleBar Katy copied Komarechka's copyrighted Work without Komarechka's permission.

18. After CycleBar Katy copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

19. CycleBar Katy copied and distributed Komarechka's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Komarechka's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. CycleBar Katy committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Komarechka never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Komarechka notified CycleBar Katy of the allegations set forth herein on January 23, 2023 and February 09, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## <u>COPYRIGHT INFRINGEMENT</u>

24. Komarechka incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Komarechka owns a valid copyright in the Work at issue in this case.

26. Komarechka registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. CycleBar Katy copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Komarechka's authorization in violation of 17 U.S.C. § 501.

28. CycleBar Katy performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Komarechka has been damaged.

31. The harm caused to Komarechka has been irreparable.

WHEREFORE, the Plaintiff DON KOMARECHKA prays for judgment against the Defendant CYCLEBAR KATY that:

    a. CycleBar Katy and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. CycleBar Katy be required to pay Komarechka his actual damages and Defendant's profits attributable to the infringement, or, at Komarechka's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Komarechka be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Komarechka be awarded pre- and post-judgment interest; and

e. Komarechka be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Komarechka hereby demands a trial by jury of all issues so triable.

DATED: November 2, 2023                    Respectfully submitted,


*/s/ Craig Anthony Wirth*
Craig Anthony Wirth
Craig.wirth@sriplaw.com
Bar Number: 3482814

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
Telephone – 561.404.4350
Facsimile – 561.404.4353


*Counsel for Plaintiff Don Komarechka*